UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIANA AARON MITCHELL, *Plaintiff*,<br><br>v.<br><br>BRETT HOOD, *Defendant.* | CIVIL ACTION NO. 13-5875<br><br>SECTION "L-2" (JUDGE FALLON) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Dane S. Ciolino, counsel of record for defendant Brett Hood ("Hood"), respectfully files this motion to withdraw.

1. Mr. Ciolino has a potential concurrent conflict of interest in continuing to represent Mr. Hood that would violate Louisiana Rule of Professional Conduct 1.7(a) if the representation were to continue.

2. The present address of Mr. Hood is believed to be: 1215 Emerson St., N.W., Washington-16th Street Heights, D.C., 20011.

3. The present email address of Mr. Hood is: bretthood1@gmail.com.

4. The present telephone numbers of Mr. Hood are: Work number (571) 557-4855; and, Mobile number (703) 593-2738.

-1-

5. The client has been notified of all deadlines and pending court appearances, namely, the preliminary conference to be held by telephone on Tuesday, February 4, 2014 at 10:15 a.m.

        Respectfully submitted,

_____
Dane S. Ciolino, La. Bar No. 19311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Telephone: (504) 834-8519
E-Mail: dane@daneciolino.com

Counsel for Defendant Brett Hood

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2014, a copy of this document was served and received by email on the client, Brett Hood, and by email and ECF on counsel for the plaintiff.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIANA AARON MITCHELL, *Plaintiff*,<br><br>v.<br><br>BRETT HOOD, *Defendant.* | CIVIL ACTION NO. 13-5875<br><br>SECTION "L-2" (JUDGE FALLON) |

## ORDER

Dane S. Ciolino, counsel of record for defendant Brett Hood ("Hood"), is hereby permitted to withdraw as counsel of record for Hood.

Signed in New Orleans, Louisiana on this ____ day of February, 2014.

_____
United States District Judge

-1-