UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIANA AARON MITCHELL | * | CIVIL ACTION NO. 13-5875 |
| | * | |
| VERSUS | * | JUDGE ELDON E. FALLON |
| | * | |
| BRETT HOOD | * | MAG. JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | SECTION "L"(2) |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUPPLEMENTAL OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kiana Aaron Mitchell, who supplements her opposition (Doc. Rec. 11) to the Motion to Withdraw as Counsel of Record (Rec. Doc. 10) to further assert that said motion does not meet the requirements of LR 83.2.1 of the Local Civil Rules of the United Stated District Court for the Eastern District of Louisiana.

LR 83.2.1 reads as follows:

The original counsel of record must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. Counsel of record may obtain permission *only* upon joint motion (of current counsel of record and new counsel of record) to substitute counsel or upon a written motion served on opposing counsel and the client. If other counsel is not thereby substituted, the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion must be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, *served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.*

*Emphasis added.* In the instant case there has been no showing that defendant Brett Hood was

notified of all deadlines and pending court appearances by certified mail, nor has an affidavit

1

been presented stating why same could not be accomplished. Accordingly, the Motion to Withdraw should be denied at this time.

**WHEREFORE**, Kiana Aaron Mitchell prays that this Supplemental Opposition to Motion to Withdraw as Counsel of Record be accepted by the Court in conjunction with her previously filed opposition (Doc. Rec. 11).

    Respectfully Submitted,

    /x/ Craig B. Mitchell
    **CRAIG B. MITCHELL #24565**
    615 Baronne Street, Suite 300
    New Orleans, Louisiana 70113
    Telephone: (504) 527-6433
    Facsimile: (504) 527-6450
    *Attorney for Kiana Aaron Mitchell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

                                          /s/ *Craig B. Mitchell*