UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIANA AARON MITCHELL | * | CIVIL ACTION NO. 13-5875 |
| | * | |
| VERSUS | * | JUDGE ELDON E. FALLON |
| | * | |
| BRETT HOOD | * | MAG. JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | SECTION "L"(2) |
| | * | |

******************************************************************************

## EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Kiana Aaron Mitchell, who moves this Court for an Order allowing Michael P. Arata of Michael P. Arata, LLC, and William D. Aaron and DeWayne L. Williams of the firm Aaron & Gianna, PLC, to enroll as counsel of record in the place of and stead of Craig B. Mitchell with Michael P. Arata being designated as lead counsel.

Respectfully Submitted,

**/x/ Craig B. Mitchell**
**CRAIG B. MITCHELL LSBA #24565**
615 Baronne Street, Suite 300
New Orleans, Louisiana 70113
Telephone: (504) 527-6433
Facsimile: (504) 527-6450
*Attorney for Kiana Aaron Mitchell*

**/x/ William D. Aaron**
**WILLIAM D. AARON LSBA #02267**
**DEWAYNE L. WILLIAMS LSBA #27685**
**AARON & GIANNA, PLC**
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana 70170
Telephone: (504) 569-1800
Facsimile: (504) 569-1801
Email: waaron@aarongianna.com
Email: dwilliams@aarongianna.com

1

**/x/ Michael Arata**
**MICHAEL P. ARATA LSBA# 21448**
**MICHAEL P. ARATA, LLC**
935 Gravier Street, Suite 1859
New Orleans, Louisiana 70112
Telephone: (504) 220-4599
Email: michael@michaelarata.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

*/s/ Craig B. Mitchell*